IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| Leah Simmons, | § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 6:14-CV-6134-RTD |
| Veranda Marine, Inc. and Beavers Bend Management, LLC, | § § § § | |
| Defendants. | § | |

**PLAINTIFF'S ANSWERS TO DEFENDANT
VERANDA MARINE'S EXPERT WITNESS INTERROGATORIES**

TO: VERANDA MARINE, INC., Defendant, by and through its attorneys of record, Gordon S. Rather, Jr. and Regina A. Young, Wright, Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699.

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff, Leah Simmons files this, her Answers to Defendant's Expert Witness Interrogatories.

Respectfully submitted,

THE LAW OFFICES A. CRAIG EILAND, PC

By: /s/ A. Craig Eiland
Craig Eiland
Federal Bar No. 9076
Texas State Bar No. 06502380
Old Galveston Square
2211 The Strand, Suite 201
Galveston, Texas 77550
(409) 763-3260
Fax (409) 763-8154

**ATTORNEY FOR PLAINTIFF**

EXHIBIT 2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served upon the following by electronic transmission, facsimile, U.S. First Class mail, and/or certified mail, return receipt requested, on this the 15th day of July, 2015.

Gordon S. Rather, Jr.
Regina A. Young
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
(501) 371-0808
FAX: (501) 376-9442
Email: grather@wlj.com
ryoung@wlj.com
*Attorneys for Veranda Marine, Inc.*

Kenneth H. Tribuch
Frank A. Piccolo
PREIS, PLC
24 Greenway Plaza, Suite 2050
Houston, TX 77046
(713) 355-6062
FAX: (713) 572-9129
Email: ktribuch@preisplc.com
*Attorneys for Beavers Bend Management, LLC*

Jim L. Julian
CHISENHALL, NESTRUD & JULIAN, P.A.
400 West Capitol Avenue, Suite 2840
Regions Bank Building
Little Rock, AR 72201
(501) 372-5800
FAX: (501) 372-4941
Email: jjulian@cnjlaw.com
*Attorneys for Beavers Bend Management, LLC*

                                                                        */s/ A. Craig Eiland*
                                                                         A. Craig Eiland

## PLAINTIFF'S ANSWERS TO
## DEFENDANT'S EXPERT WITNESS INTERROGATORIES

**INTERROGATORY NO. 1:** Identify the name, address and telephone number of each person you expect to call as an expert witness at the trial of this cause, including any expert witness you intend to use for rebuttal only, even if they have already been named in the plaintiff's designation of expert witnesses served on April 6, 2015.

**ANSWER:**

Plaintiff expects to call the following retained expert witnesses:

1. R. Dean Harris, M.E., P.E.
   District Engineering Manager and Consulting Engineer
   Engineering Design & Testing Corp.
   Post Office Box 8027
   Columbia, SC  29202-8027
   Tel: (803) 791-8800

2. Alex C. Willingham, M.D.
   Dan M. Bagwell, R.N., Certified Life Care Planner
   Rehabilitation Professional Consultants, Inc.
   16023 Via Shavano
   San Antonio, Texas  78249
   Tel: (210) 615-7772

3. David C. Pigott, M.D.
   The University of Alabama at Birmingham
   School of Medicine
   619 South 19th Street; OHB 251
   Birmingham, Alabama  35249-7013
   Tel: (205) 975-2444

Plaintiff may call one or more of the following non-retained expert witnesses:

1. Wendy Rowan, EMT-P
   McCurtain County EMS
   Dr. Timothy Calicott, MD
   Margaret Wright, RN
   Justin Kinkade, PM
   Air Evac Lifeteam
   306 Davis Drive
   West Plains, MO 65775
   (417) 256-0010

2. Dr. Timothy G, Schacherer, MD
   Dr. Amy Christine Young, MD
   Dr. Medrado R. Maroto, MD

       Caitlin Elizabeth Russell, RN
       Dr. Jessica Jane Wingfield, MD
       Dr. Steven David Gibbons, MD
       Thomas Mader, RN
       Tracy Williams, Custodian of Billing Records
       Dallas County Hospital District
       Parkland Health & Hospital System
       5201 Harry Hines Blvd
       Dallas, Texas 75235-7708
       (214) 590-4900

3.   Dr. Rebel R. Huffman, M.D.
     Azalea Orthopedic Sports Medicine
     3414 Golden Road
     Tyler, Texas 75701
     (903) 939-7500

4.   Tanya Rose, RN
     Mikki Smith, RN
     Joseph Opbe, RN
     Carag Abigail Paulino, RN
     Joy Ogbimi, RN
     Simmons Ambulatory Surgery Center
     4900 Harry Hines Blvd.
     Dallas, Texas 75235
     (214) 590-4900

5.   Dr. Robert Lewis Bass, MD
     Orthopedic Surgeon
     UT Southwestern Medical Center
     1801 Inwood Road
     Dallas, Texas 75235
     (214) 645-3300

6.   Jay Reich
     Oklahoma Highway Patrol
     Marine Investigation Report
     220 N.E. 38th Terrace
     Oklahoma City, OK 73105
     (405) 431-0416

**INTERROGATORY NO. 2:** With respect to each expert identified in response to Interrogatory No.1 and included in the plaintiff's designation of expert witnesses served on April 6, 2015, please state and provide the following information as outlined in Rule 26(a)(2) of the Federal Rules of Civil Procedure:

    (a)    A complete statement of all opinions the witness will express and the basis and reasons for them;

    (b)    The facts or data considered by the witness in forming them;

    (c)    Any exhibits that will be used to summarize or support them;

    (d)    The witness's qualifications, including a list of all publications authored in the previous 10 years;

    (e)    A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

    (f)    A statement of the compensation to be paid for the study and testimony in this case.

**ANSWER:**

Plaintiff answers as follows with respect to Plaintiff's retained testifying expert witnesses:

With respect to Mr. Harris, please see his expert report and accompanying information which is attached as Exhibit A.

With respect to Dr. Willingham and Mr. Bagwell, please see their Life Care Plan and accompanying information which is attached as Exhibit B.

Dr. Pigott is board certified in Emergency Medicine and is a professor at the University of Alabama at Birmingham School of Medicine. Dr. Pigott is also a co-author of an article that appeared in The Journal of Emergency Medicine titled *Traumatic Fifth Finger Amputation Due to Pontoon Boat Railing Design.*

**(a) Statement of Opinions and Basis for Them.**

Plaintiff expects that Dr. Pigott will testify as to the mechanisms of pontoon boat railing hand injuries generally and in this case; his prior experiences with similar injuries; his publication in the Journal of Emergency Medicine, and the publicly available knowledge about these injuries at the time he published his article, and prior to Ms. Simmons' injury. Dr. Pigott will also testify in response to defendants' witnesses including, but not limited to, the testimony of Mr. Bogard that Mrs. Simmons' injury was caused and/or exacerbated by her wedding ring. The opinions and

5

conclusions of Dr. Pigott will be based on his extensive education, training, and experience in the field of emergency medicine, and his analysis of the evidence in this case.

### (b) Facts or Data Considered by Dr. Pigott.

Dr. Pigott will review and consider the deposition transcripts (and deposition exhibits) for Leah Simmons, Ryan Simmons, and Jeff Bogard. Dr. Pigott will also review and consider Mrs. Simmons' medical records (including X-Rays), the Expert Report of Dean Harris, and the Life Care Plan prepared by Dr. Willingham and Mr. Bagwell. Dr. Pigott will also consider and rely on the information contained in The Journal of Emergency Medicine article titled *Traumatic Fifth Finger Amputation Due to Pontoon Boat Railing Design*, and the accompanying research, analysis, and references.

### (c) Exhibits That May be Used to Support Opinions.

Plaintiff's experts may use diagrams, photographs, and PowerPoint presentations, and various other visual aides to the extent that these materials would assist the jury in understanding the case and save the Court time in trial. All of these exhibits will be identified in pretrial disclosures filed by Plaintiff in compliance with the Court's final scheduling order.

### (d) Qualifications of Witnesses and Publications for the Last 10 Years.

Dr. Pigott's qualifications and publications are listed in his curriculum vitae, which is attached as Exhibit C.

### (e) Dr. Pigott's List of Testimony for the Last Four Years.

Plaintiff will supplement.

### (f) Statement of Compensation for Each Expert.

Mr. Harris's rate is $275 per hour plus expenses at cost.

The fee agreement of Dr. Willingham and Mr. Bagwell is attached in Exhibit B.

Dr. Pigott's rate for his work on this matter is $400 per hour.

6

**INTERROGATORY NO. 3:** With respect to each expert identified in response to Interrogatory No. 1 and including in the plaintiff's designation of expert witnesses served on April 6, 2015, please state and provide the following information:

(a) The identity of all documents that have been provided to each expert or have been reviewed in connection with the expert's expected testimony and opinions in this case; and

(b) The date and subject matter of all communications that each expert has had with any party of this action (including plaintiff), the identity of the party with whom each expert has communicated, and the identity of all documents relating to such communications.

**ANSWER:**

The identity of the documents that have been provided to, or reviewed by, Mr. Harris are listed in his expert report, which is attached as Exhibit A. The identity of the documents that have been provided to, or reviewed by, Dr. Willingham and Mr. Bagwell are listed in their Life Care Plan, which is attached as Exhibit B. Dr. Pigott has been provided the deposition transcripts (and accompanying exhibits) for Leah Simmons, Ryan Simmons, and Jeff Bogard. Dr. Pigott will also review and consider the information contained in The Journal of Emergency Medicine article titled *Traumatic Fifth Finger Amputation Due to Pontoon Boat Railing Design*, and the references contained therein.

Mr. Harris met Mrs. Simmons on May 4, 2015. They discussed her injury and the case generally. There are no documents related to this communication. Mrs. Simmons was interviewed and evaluated by Dr. Willingham and Mr. Bagwell on May 20, 2015. The details of this interview and evaluation are documented in Mrs. Simmons' Life Care Plan.

**INTERROGATORY NO. 4:** Identify the names, addresses, telephone numbers and qualifications of all experts who have been retained or specially employed by the plaintiff or your attorneys in anticipation of litigation or preparation for trial and who are not expected to be called as a witness at trial.

**ANSWER:**

None.